AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Western District of Louisiana

Brenda Ronsonet

V.

Merck & Co., Inc., a New Jersey Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**6:07cv0571
Judge Haik
Magistrate Judge Hill**

TO: (Name and address of Defendant)

Merck & Co., Inc.
 through their agent for service of process
CT Corporation
8550 United Plaza Boulevard
Baton Rouge, LA  70809

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip Bohrer
Scott E. Brady
Bohrer Law Firm
8712 Jefferson Highway
Suite B
Baton Rouge, LA  70809

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL, CLERK

DATE March 27, 2007

CLERK

(By) DEPUTY CLERK