UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| BRENDA RONSONET | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO: 6:07-cv-0571 |
| | § | JUDGE HAIK |
| MERCK & CO., INC., | § | MAGISTRATE JUDGE HILL |
| | § | |
| Defendant | § | |

**MERCK'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6(W), the undersigned attorneys of record for Defendant Merck & Co., Inc. ("Merck") hereby certify that Merck has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

Respectfully submitted,

Taylor, Porter, Brooks & Phillips, L.L.P.

By: _____
Erick Y. Miyagi #22533
William H. L. Kaufman #29929
451 Florida St., 8th Floor
Chase Tower South
P.O. Box. 2471
Baton Rouge, Louisiana 70821-2471
Telephone: (225) 387-3221
Telecopy: (225) 346-8049 (fax)

ATTORNEYS FOR MERCK & CO., INC.

HOU02:1101520.1

OF COUNSEL:

Richard L. Josephson
Texas State Bar No. 11031500
W. Zachary Hughes
Texas State Bar No. 24032441
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Telecopy: (713) 229-1522

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Philip Bohrer and Scott E. Brady by operation of the court's electronic filing system

Baton Rouge, Louisiana, this 18TH day of April, 2007.

_____
William H. L. Kaufman