# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BRENDA RONSONET** | * | **CIVIL ACTION NO. 07-0571** |
| **VS.** | * | **JUDGE HAIK** |
| **MERCK & CO., INC.** | * | **MAGISTRATE JUDGE HILL** |

## ORDER REGARDING JURISDICTIONAL AMOUNT

The record shall reflect that this court has conducted a review of the pleadings and concludes that it appears that jurisdictional amount exists.

Signed this 25th day of April, 2007, at Lafayette, Louisiana.

*C. Michael Hill*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE