RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7-12-7,07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| BRENDA RONSONET | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO: 6:07-cv-0571 |
| | § | JUDGE HAIK |
| MERCK & CO., INC., | § | MAGISTRATE JUDGE HILL |
| | § | |
| Defendant | § | |

## ORDER

Came on for consideration Defendant Merck & Co., Inc.'s Motion to Stay All Proceedings Pending transfer of this case to *In re Fosamax Prods. Liab. Litig.*, MDL No. 1789, the multidistrict litigation proceeding that has been established in the Southern District of New York to coordinate federal product liability actions involving FOSAMAX®.

After due consideration, IT IS ORDERED that Defendant Merck & Co. Inc.'s motion is GRANTED. All pretrial proceedings and deadlines are hereby STAYED.

Signed this 27th day of April at Lafayette, Louisiana.

UNITED STATES DISTRICT JUDGE