```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
IN RE: FOSAMAX PRODUCTS LIABILITY  :
LITIGATION
                                   :   MDL No. 1789
                                       1:06-md-1789 (JFK)
_____x
This Document Relates to:          :   ORDER
All actions                        :
-----------------------------------x
```

JOHN F. KEENAN, United States District Judge:

   Oral argument on Plaintiffs' motion to compel production of documents will take place at 10:00 a.m. on June 2, 2008 in Courtroom 20-C.

SO ORDERED.

Dated:   New York, New York
         May 21, 2008

*(signed)* JOHN F. KEENAN
United States District Judge